# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Karhoff

    v.

Missouri Department of Corrections

        Case Number: 06-4091-CV-C-SOW

_    *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–     that the Magistrate Judge's June 2, 2006 Report and Recommendation is adopted. It is further

–     Ordered that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

ENTERED ON: July 25, 2006

| | |
|---|---|
| July 25, 2006 | PATRICIA L. BRUNE |
| Date | Clerk |
| | /s L. Bax |
| | (By) Deputy Clerk |